Argued and submitted July 30, affirmed August 26, 2009

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

TERESA HIENVOTHI NGUYEN,
*Defendant-Respondent.*

Multnomah County Circuit Court
061035739; A137453

215 P3d 928

Christina M. Hutchins, Senior Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Rebecca Duncan, Assistant Chief Defender, argued the cause for respondent. With her on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Deits, Senior Judge.

PER CURIAM

Affirmed. *State v. Kirkeby*, 220 Or App 177, 185 P3d 510, *rev allowed*, 345 Or 301 (2008); *State v. Rodgers*, 219 Or App 366, 182 P3d 209, *rev allowed*, 345 Or 301 (2008).